LEOPOLD MANNABERG, Appellant, *v.* ELY CULBERTSON et al., Respondents, et al., Defendants.

Argued February 23, 1943; decided March 4, 1943.

*D. F. McGlinchey* and *Jack Korshin* for motion.
*Gustave B. Garfield* opposed.

Motion granted and appeal dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.